**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00267-CR**
**No. 05-13-00268-CR**
**No. 05-13-00269-CR**

**CHRISTOPHER JAMES RYALS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F05-18864-U, F12-40687-U, F12-41706-U**

## ORDER

The Court **GRANTS** the Dallas County District Clerk's April 16, 2014 motion for extension of time to file the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
          JUSTICE